**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Hon. Matthew F. Kennelly is presiding in MDL 3121 (24 CV 6795, *In Re*: Multiplan Health Insurance Provider Litigation*)*; therefore

It is hereby ordered that the Clerk is to reassign the cases listed below from Judge Pacold to Judge Kennelly in MDL 3121 (24 CV 6795, *In Re: Multiplan Health Insurance Provider Litigation*) and the designated Magistrate Judge M. David Weisman.

24 CV 3223   *Allegiance Health Management, Inc. v. MultiPlan, Inc. et al*

24 CV 3680   *Live Well Chiropractic PLLC v. Multiplan, Inc. et al*

24 CV 3900   *Ivy Creek of Tallapoosa LLC et al v. Multiplan, Inc.*

24 CV 4919   *Anesthesia Care P.C. et al v. MultiPlan, Inc.*

24 CV 6284   *Peak Chiropractic Health and Wellness LLC v. Multiplan, Inc.*

ENTER:
FOR THE EXECUTIVE COMMITTEE:

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 2nd day of August, 2024