# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Live Well Chiropractic PLLC

                              Plaintiff,

v.                                                              Case No.: 1:24−cv−03680

                                                                Honorable Matthew F. Kennelly

Multiplan, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: This case is voluntarily dismissed without prejudice pursuant to the notice of voluntary dismissal filed by plaintiff under the MDL master case number (Case No. 24 C 6795 dkt. no. 269). MDL member case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.